# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 15, 2022

Lyle W. Cayce
Clerk

No. 21-40839

CONSOLIDATED WITH

No. 21-40844

Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRANDON HERNANDEZ-ESCORCIA,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:20-CR-238-1
USDC No. 1:20-CR-30-1

Before DAVIS, SMITH, and DENNIS, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Brandon Hernandez-Escorcia has moved for leave to withdraw and has filed a brief in

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-40839
c/w No. 21-40844

accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Escorcia has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal of Hernandez-Escorcia's illegal reentry conviction and sentence presents no nonfrivolous issue for appellate review. Hernandez-Escorcia's appeal of his revocation case is moot based on his completion of that sentence. *See Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2; *Spencer*, 523 U.S. at 7, 14.